**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6067**

---

EMORY ALVIN MICHAU, JR.,

Plaintiff - Appellant,

versus

ARCHIE LEE, Magistrate for Dillon County; JOHN
DOE, Clerk of Court; RICHARD ROE, Two, Highway
Patrolman for the State of South Carolina,

Defendants - Appellees.

---

**No. 97-6068**

---

EMORY ALVIN MICHAU, JR.,

Plaintiff - Appellant,

versus

ROBERT W. KINARD, Mayor of the City of North
Charleston; JOHN DOE, Police Officer for the
City of North Charleston; PIERRE POE, Magis-
trate for the City of North Charleston;
RICHARD ROE, Court Clerk for City of North
Charleston; STEPHEN TOE, Attorney for North
Charleston; ANY AND ALL PERSONS, individually
and in their official capacities, who were
subject to a summons to Court in Case No. 93-
CP-10-269, and under the direction of order
obtained pursuant to that hearing held on
September 23, 1993,

Defendants - Appellees.

Appeals from the United States District Court for the District of South Carolina, at Charleston. Solomon Blatt, Jr., Senior District Judge. (CA-96-663-2-8AK, CA-96-664-2-8AK)

Submitted:  May 29, 1997                    Decided:  June 10, 1997

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Emory Alvin Michau, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaints. We have reviewed the record and the district court's opinions accepting the magistrate judge's recommendations and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Michau v. Lee</u>, No. CA-96-663-2-8AK (D.S.C. Dec. 10, 1996); <u>Michau v. Kinard</u>, No. CA-96-664-2-8AK (D.S.C. Dec. 12, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>